# EXHIBIT "B"

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Ioannis Scarpa
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/29/2008**

Matter Number: **0005176.0001**
05 - General Administration

Billing Attorney: **Norman B. Newman**

## SERVICES RENDERED THROUGH FEBRUARY 28, 2008

| | |
|---|---:|
| Current Expenses | 22.20 |
| ***CURRENT FEES AND EXPENSES*** | **$22.20** |

---

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Ioannis Scarpa
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/29/2008**

Matter Number: **0005176.0001**
 05 - General Administration

Billing Attorney: **Norman B. Newman**

### EXPENSE SUMMARY THROUGH FEBRUARY 28, 2008

| Description | Amount |
|---|---:|
| Local Transportation | $12.00 |
| Photocopying | 10.20 |
| **Total** | **$22.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Ioannis Scarpa
c/o Norman B. Newman, Trustee
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **02/29/2008**

Matter Number: **0005176.0001**
05 - General Administration

Billing Attorney: **Norman B. Newman**

## EXPENSE DETAIL THROUGH FEBRUARY 28, 2008

| Date | Description | Amount |
|---|---|---|
| 02/19/07 | Photocopying | $10.10 |
| 03/14/07 | Photocopying | 0.10 |
| 03/14/07 | Local Transportation - Vendor: NORMAN B NEWMAN | 12.00 |
| **Total** | | **$22.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.