**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SCARPA, IOANNIS S | ) | CASE NO. 05-17011 |
| | ) | |
| | ) | JUDGE  BENJAMIN GOLDGAR |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.     NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:   U.S. BANKRUPTCY COURT
> 219 S. Dearborn Street, Courtroom 613
> Chicago, IL 60604
>
> on:   **August 25, 2008**
> at:   **10:00 a.**m.

2.     The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.     The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 23,754.92 |
| b. Disbursements | $ | 10,494.58 |
| c. Net Cash Available for Distribution | $ | 13,260.34 |

4.     Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|
| Trustee's Firm Legal | $ | 9,148.00 | $ | 3,604.00 | $ |
| Trustee's Firm Legal | $ | 87.95 | $ | | $  22.20 |
| Trustee | $ | 0.00 | $ | 3,125.49 | $ |
| Trustee's Accountant | $ | 0.00 | $ | 2,955.00 | $ |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,159.36 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 29.23%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Illinois Department of Revenue | $ 2,159.36 | $ 631.09 |
| 8 | Department of Treasury - Internal Revenue Service | $ 10,000.00 | $ 2,922.56 |

6. Claims of general unsecured creditors totaling $428,835.50, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:   **July 30, 2008**                        For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

## SERVICE LIST FOR IOANNIS S. SCARPA

Office of the U.S. Trustee
U.S. Bankruptcy Courthouse
219 S. Dearborn Street, Suite 783
Chicago, IL 60604

Forrest L. Ingram
Forrest L. Ingram
79 W. Monroe Street
Suite 1210
Chicago, IL 60603

U.S. Bank
c/o G. Mark Rice
Whitfield & Eddy, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-4195

Mr. Bob Stipanovic
APL Biopurification Technologies
3150 Skokie Hwy., Suite 7
Highland Park, IL 60035

Thomas R. Dee, Esq.
Vedder Price Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2500
Chicago, IL 60601

American Express Blue
P.O. Box 360002
Ft. Lauderdale, FL 33336

Chase
P.O. Box 52108
Phoenix, AZ 85072

Chase Bank One
Card Member Service
P.O. Box 15153
Wilmington, DE 19886

Discover Card
P.O. Box 30395
Salt Lake City, UT 84130

ENH Laboratory Services
Collection Department
P.O. Box 77-9851
Chicago, IL 60678

Fred Otto
Millenium Trust Co. Trust No. 16049
3 S. Prospect Avenue
Park Ridge, IL 60068

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606

Schenk Annes Brookman & Tepper, Ltd.
311 S. Wacker Drive
Suite 5125
Chicago, IL 60606

Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

VSJ Investments
2348 W. Touhy
Chicago, IL 60647