**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SCARPA, IOANNIS S | ) | CASE NO. 05-17011 |
| | ) | |
| | ) | JUDGE  BENJAMIN GOLDGAR |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>         219 S. Dearborn Street, Courtroom 613
>         Chicago, IL 60604
>
>   on:   **August 25, 2008**
>   at:   **10:00 a.**m.

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

|   |   |
|---|---|
| a. Receipts | $   23,754.92 |
| b. Disbursements | $   10,494.58 |
| c. Net Cash Available for Distribution | $   13,260.34 |

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee's Firm Legal | $ 9,148.00 | $ 3,604.00 | $ |
| Trustee's Firm Legal | $ 87.95 | $ | $ 22.20 |
| Trustee | $ 0.00 | $ 3,125.49 | $ |
| Trustee's Accountant | $ 0.00 | $ 2,955.00 | $ |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,159.36 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 29.23%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Illinois Department of Revenue | $ 2,159.36 | $ 631.09 |
| 8 | Department of Treasury - Internal Revenue Service | $ 10,000.00 | $ 2,922.56 |

6. Claims of general unsecured creditors totaling $428,835.50, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  |  |  |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **July 30, 2008**               For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

## SERVICE LIST FOR IOANNIS S. SCARPA

Office of the U.S. Trustee
U.S. Bankruptcy Courthouse
219 S. Dearborn Street, Suite 783
Chicago, IL 60604

Forrest L. Ingram
Forrest L. Ingram
79 W. Monroe Street
Suite 1210
Chicago, IL 60603

U.S. Bank
c/o G. Mark Rice
Whitfield & Eddy, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309-4195

Mr. Bob Stipanovic
APL Biopurification Technologies
3150 Skokie Hwy., Suite 7
Highland Park, IL 60035

Thomas R. Dee, Esq.
Vedder Price Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2500
Chicago, IL 60601

American Express Blue
P.O. Box 360002
Ft. Lauderdale, FL 33336

Chase
P.O. Box 52108
Phoenix, AZ 85072

Chase Bank One
Card Member Service
P.O. Box 15153
Wilmington, DE 19886

Discover Card
P.O. Box 30395
Salt Lake City, UT 84130

ENH Laboratory Services
Collection Department
P.O. Box 77-9851
Chicago, IL 60678

Fred Otto
Millenium Trust Co. Trust No. 16049
3 S. Prospect Avenue
Park Ridge, IL 60068

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606

Schenk Annes Brookman & Tepper, Ltd.
311 S. Wacker Drive
Suite 5125
Chicago, IL 60606

Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

VSJ Investments
2348 W. Touhy
Chicago, IL 60647

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                   Date Rcvd: Jul 30, 2008
Case: 05-17011                 Form ID: pdf002             Total Served: 17

The following entities were served by first class mail on Aug 01, 2008.
db          +Ioannis S Scarpa,    6116 N. Hermitage,    Chicago, IL 60660-2337
aty         +James H Hall, Jr,    Forest L Ingram P C,    20 W kinzie,    13th floor,    Chicago, IL 60610-6392
tr          +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
              Chicago, IL 60606-1615
9290093      American Express Blue,    P.O. Box 360002,    FT. LAUDERDALE, FL 33336-0002
10708851     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
9290094      Chase,   P.O. Box 52108,    Phoenix, AZ 85072-2108
9290095      Chase Bank One,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
10716227    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9290097     +E N H Laboratory Services,    Collecdtion Department,    P.O. Box 77-9851,    Chicago, IL 60678-0001
9290098     +Fred Otto,    Millenium Trust Co. Trust No. 1604977,    3 S. Propsect Avenue,
              Park Ridge, IL 60068-4177
9290100    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9290099     +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph St.,
              Chicago, IL 60601-3218
9290101     +Schenk Annes Brookman & Tepper Ltd,    311 S. Wackere Drive,    Suite 5125,
              Chicago, IL 60606-6657
9290102     +Transworld Systems, Inc.,    Collecion Agency,    5880 Commerce Blvd,    Rohnert Park, CA 94928-1644
9290103     +U.S. Bank,   c/o G. Mark Rice,    317 6th Ave., Ste 1200,    Des Moines, IA 50309-4112

The following entities were served by electronic transmission on Jul 31, 2008.
10700665     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2008 05:22:37
              Discover Bank Discover Financial Services,    PO Box 8003,    Hilliard OH 43026
9290096      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2008 05:22:37     Discover Card,
              P.O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Much Shelist Freed Denenberg Ament & Rubenstein PC
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2008**     **Signature:** *Joseph Speetjens*