# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SCARPA, IOANNIS S | CASE NO. 05-17011 |
| | HON.  BENJAMIN GOLDGAR |
| Debtor(s) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

**TO:   THE HONORABLE BENJAMIN GOLDGAR,
       BANKRUPTCY JUDGE**

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit 1, as well as the Trustee's Distribution Report, a copy of which is attached as Exhibit 2.

All checks have been cashed as evidence in Form 2 herein attached as Exhibit 3 reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


November 12, 2008                /s/ Norman B. Newman
DATE                                    NORMAN NEWMAN, TRUSTEE

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SCARPA, IOANNIS S | ) | CASE NO. 05-17011 |
| | ) | |
| | ) | JUDGE BENJAMIN GOLDGAR |
| | ) | |
| Debtor(s) | | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 3,125.49 |
| 2. | Trustee's expenses | $ 0.00 |
| | TOTAL | $ 3,125.49 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 3,604.00 |
| | b. Expenses | $ 22.20 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 2,955.00 |
| | b. Expenses | $ 0.00 |
| | TOTAL | $ 6,581.20 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this _____ day of _____ , 200 __8__

ENTERED: _____

**BENJAMIN GOLDGAR**
**UNITED STATES BANKRUPTCY JUDGE**

ENTERED

AUG  2 7 2008

Judge A. Benjamin Goldgar
United States Bankruptcy Court

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SCARPA, IOANNIS S | ) | CASE NO. 05-17011 |
| | ) | |
| | ) | JUDGE BENJAMIN GOLDGAR |
| Debtor(s) | ) | |

### DISTRIBUTION REPORT

I, <u>NORMAN NEWMAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $              0.00 |
| Chapter 7 Administrative Expenses: | $         9,706.69 |
| Chapter 11 Administrative Expenses: | $              0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $              0.00 |
| Secured Tax Liens: | $              0.00 |
| Priority Tax Claims: | $         3,563.56 |
| Other Priority Claims (507(a)(9)): | $              0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $        13,270.25 |

**EXHIBIT D**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $18,942.64 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| A | Much Shelist, et.al. | 12,752.00 | 3,604.00 |
| B | Much Shelist, et.al. | 110.15 | 22.20 |
| C | Norman B. Newman, Trustee | 3,125.49 | 3,125.49 |
| D | FGMK, LLC | 2,955.00 | 2,955.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

EXHIBIT D

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $12,159.36 | 29.31% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2 | Illinois Department of Revenue | 2,159.36 | 632.85 |
| 8 | Department of Treasury - Internal Revenue Service | 10,000.00 | 2,930.71 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $428,835.50 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Discover Bank Discover Financial Services | 7,284.01 | 0.00 |
| 3 | American Express Centurion Bank | 1,709.18 | 0.00 |
| 4 | Chase Bank USA, N.A. | 8,080.46 | 0.00 |
| 5 | Chase Bank USA, N.A. | 13,083.57 | 0.00 |
| 6 | U.S. Bank | 392,783.16 | 0.00 |
| 7 | Fred Otto | 5,895.12 | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

| 16. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $1,354.75 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 2 | Illinois Department of Revenue | 1,354.75 | 0.00 |

| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

**EXHIBIT D**

DISTRIBUTION REPORTS

Dated:    September 2, 2008          /s/ Norman B. Newman
                                      NORMAN NEWMAN, Trustee

**EXHIBIT D**

# Claims Proposed Distribution

## Case: 05-17011   SCARPA, IOANNIS S

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:**   $13,270.25        **Total Proposed Payment:**   $13,270.25        **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Much Shelist, et.al. <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,604.00 | 12,752.00 | 9,148.00 | 3,604.00 | 3,604.00 | 9,666.25 |
| B | Much Shelist, et.al. <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 22.20 | 110.15 | 87.95 | 22.20 | 22.20 | 9,644.05 |
| C | Norman B. Newman, Trustee <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 3,125.49 | 3,125.49 | 0.00 | 3,125.49 | 3,125.49 | 6,518.56 |
| D | FGMK, LLC <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 2,955.00 | 2,955.00 | 0.00 | 2,955.00 | 2,955.00 | 3,563.56 |
| **SUBTOTAL FOR   ADMIN CH.  7** | | | **9,706.69** | **18,942.64** | **9,235.95** | **9,706.69** | **9,706.69** | |
| 2 | Illinois Department of Revenue | Priority | 2,159.36 | 2,159.36 | 0.00 | 2,159.36 | 632.85 | 2,930.71 |
| 8 | Department of Treasury - Internal Revenue Service | Priority | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 | 2,930.71 | 0.00 |
| **SUBTOTAL FOR   PRIORITY** | | | **12,159.36** | **12,159.36** | **0.00** | **12,159.36** | **3,563.56** | |
| **Total for Case 05-17011 :** | | | **$21,866.05** | **$31,102.00** | **$9,235.95** | **$21,866.05** | **$13,270.25** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $9,706.69 | $18,942.64 | $9,235.95 | $9,706.69 | 100.000000% |
| **Total Priority Claims :** | $12,159.36 | $12,159.36 | $0.00 | $3,563.56 | 29.307135% |

<u>05-17011 Ioannis S Scarpa</u>

Type: bk                    Chapter: 7 v                    Office: 1 (Chicago)

Judge: ABG                  Assets: y


### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Newman, Norman B entered on 9/2/2008 at 2:49 PM CDT and filed on 9/2/2008

**Case Name:**      Ioannis S Scarpa

**Case Number:**    <u>05-17011</u>

**Document Number:** <u>41</u>

**Docket Text:**

Distribution Report Filed by Trustee Norman B Newman. (Newman, Norman)

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** C:\Documents and Settings\nas\Desktop\Scarpa Final Distribution.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=1017686655 [Date=9/2/2008] [FileNumber=20831613-0
] [324005e5607caedca23327704fe71c5c3873b5e1a07a9d71bc4cd8e004953d9002a
2e4a74141e9425a289588dcc8184b3e6868c063e677a9a8508a907f648708]]

**05-17011 Notice will be electronically mailed to:**

James H Hall    james.h.hall.jr@gmail.com

William T Neary    USTPRegion11.ES.ECF@usdoj.gov

Norman B Newman    nnewman@muchshelist.com, IL63@ecfcbis.com

**05-17011 Notice will not be electronically mailed to:**

FGMK LLC

,

Norman Kellerman
191 N Wacker Drive Ste 1800
Chicago, Il 60606

Much Shelist Freed Denenberg Ament & Rubenstein PC

,

William S. Hackney and the law firm of Much Shelist Denenberg Ament & Rubenstein, P.C.

# EXHIBIT 3

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 05-17011 0014
Case Name: SCARPA, IOANNIS S
Taxpayer ID #: 13-7511261
Period Ending: 11/12/08

Trustee: NORMAN NEWMAN (330560)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-****99-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/06 | {11} | ACCURATE POLYMERS, LTD. | SALE OF STOCK AND STOCK OPTIONS | 1129-000 | 20,000.00 | | 20,000.00 |
| 06/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.74 | | 20,010.74 |
| 05/15/06 | {10} | U.S. Bank | Purchase of Royalty Rights | 1123-000 | 3,500.00 | | 23,510.74 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.75 | | 23,525.49 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.47 | | 23,540.96 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.00 | | 23,556.96 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.01 | | 23,572.97 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.98 | | 23,587.95 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.53 | | 23,604.48 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.51 | | 23,619.99 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.00 | | 23,634.99 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.76 | | 23,650.75 |
| 02/01/07 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-17011, Bond #01602645 | 2300-000 | | 19.70 | 23,631.05 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.78 | | 23,642.83 |
| 03/14/07 | 1002 | Much Shelist, et.al. | Interim Compensation 10/7/05 through 1/24/07 | 3110-000 | | 9,148.00 | 14,494.83 |
| 03/14/07 | 1003 | Much Shelist, et.al. | Interim Expenses 10/7/05 through 1/24/07 | 3120-000 | | 87.95 | 14,406.88 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.99 | | 14,416.87 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.95 | | 14,424.82 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.95 | | 14,432.77 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.45 | | 14,440.22 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.22 | | 14,448.44 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.97 | | 14,456.41 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.20 | | 14,463.61 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.49 | | 14,472.10 |
| | | | | Subtotals : | $23,727.75 | $9,255.65 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-17011 0014 | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|
| Case Name: | SCARPA, IOANNIS S | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7511261 | Account: | ***-*****99-65 - Money Market Account |
| Period Ending: | 11/12/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6600% | 1270-000 | 7.52 | | 14,479.62 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6600% | 1270-000 | 7.37 | | 14,486.99 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.62 | | 14,493.61 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-17011 Voided on 02/14/08 | 2300-000 | | 12.91 | 14,480.70 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-17011 Voided: check issued on 02/14/08 | 2300-000 | | -12.91 | 14,493.61 |
| 02/14/08 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-17011 | 2300-000 | | 12.93 | 14,480.68 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.97 | | 14,483.65 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.69 | | 14,486.34 |
| 04/01/08 | 1006 | Illinois Department of Revenue | Illinois State tax | 2820-000 | | 431.00 | 14,055.34 |
| 04/01/08 | 1007 | United States Treasury | Employer ID#13-7511261 - 2006 FORM 1041 | 2810-000 | | 795.00 | 13,260.34 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.90 | | 13,262.24 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.66 | | 13,263.90 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.68 | | 13,265.58 |
| 07/07/08 | (12) | Treasurer of the State of Illinois | State of Illinois refund | 1224-000 | 1.26 | | 13,266.84 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.68 | | 13,268.52 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.57 | | 13,270.09 |
| 09/02/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.16 | | 13,270.25 |
| 09/02/08 | | To Account #******9966 | Account Transfer | 9999-000 | | 13,270.25 | 0.00 |
| | | | Subtotals : | | $37.08 | $14,509.18 | |
| | | | | | | 13,270.25 | |

{} Asset reference(s)

Case 05-17011   Doc ...   Filed 11/13/08   Entered 11/13/08 14:01   ...   Page 17 ...   Document

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-17011 0014
**Case Name:** SCARPA, IOANNIS S

**Taxpayer ID #:** 13-7511261
**Period Ending:** 11/12/08

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****99-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 23,764.83 | 23,764.83 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,270.25 | |
| | | | **Subtotal** | | 23,764.83 | 10,494.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,764.83** | **$10,494.58** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 05-17011 0014
Case Name: SCARPA, IOANNIS S
Taxpayer ID #: 13-7511261
Period Ending: 11/12/08

Trustee: NORMAN NEWMAN (330560)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-****99-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 (Ref #)/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/08 | | From Account #*******9965 | Account Transfer | 9999-000 | 13,270.25 | | 13,270.25 |
| 08/02/08 | 101 | Norman B. Newman, Trustee | Trustee Final Compensation | 2100-000 | | 3,125.49 | 10,144.76 |
| 08/02/08 | 102 | Much Shelist, et.al. | Final Compensation for the period 1/19/07 - 2/18/08 | 3110-000 | | 3,604.00 | 6,540.76 |
| 08/02/08 | 103 | Much Shelist, et.al. | Final Expenses for the period 1/19/07 - 2/18/08 | 3120-000 | | 22.20 | 6,518.56 |
| 08/02/08 | 104 | FGMK, LLC | Final Compensation for the period 9/18/06 - 3/20/08 | 3410-000 | | 2,955.00 | 3,563.56 |
| 09/23/08 | 105 | Illinois Department of Revenue | Final Distribution | 5800-000 | | 632.85 | 2,930.71 |
| 09/23/08 | 106 | Department of Treasury - Internal Revenue Service | Final Distribution | 5800-000 | | 2,930.71 | 0.00 |

|  | | | | ACCOUNT TOTALS | 13,270.25 | 13,270.25 | |
|  | | | | Less: Bank Transfers | 13,270.25 | 0.00 | |
|  | | | | Subtotal | 0.00 | 13,270.25 | |
|  | | | | Less: Payments to Debtors | | 0.00 | |
|  | | | | NET Receipts / Disbursements | $0.00 | $13,270.25 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-17011 0014
**Case Name:** SCARPA, IOANNIS S

**Taxpayer ID #:** 13-7511261
**Period Ending:** 11/12/08

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*99-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | MMA # \*\*\*-\*\*\*\*\*99-65 | | | 23,764.83 | 10,494.58 | 0.00 |
| | Checking # \*\*\*-\*\*\*\*\*99-66 | | | 0.00 | 13,270.25 | 0.00 |
| | | **TOTAL - ALL ACCOUNTS** | | **$23,764.83** | **$23,764.83** | **$0.00** |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| SCARPA, IOANNIS S | CASE NO. 05-17011 |
| | HON. BENJAMIN GOLDGAR |
| Debtor(s) | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____                    _____
DATE                                         UNITED STATES BANKRUPTCY JUDGE